UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>KAREEM SIMMONDS,<br><br>                    Defendant. | No. 17-CR-123 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Kareem Simmonds's motion for compassionate release.  (See dkt. no. 879.)  The Government shall respond to the motion no later than March 3, 2021.  Mr. Simmonds may reply no later than March 24, 2021.  The Clerk of the Court shall mail a copy of this order to Mr. Simmonds.

**SO ORDERED.**

Dated:     February 3, 2021
           New York, New York

                                  *Loretta A. Preska*
                                  LORETTA A. PRESKA
                                  Senior United States District Judge